# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MAL YE KIM, individually and d/b/a MARTINI ZOO<br><br>Defendant. | CIVIL NO. 11-00517 JMS KSC<br><br>FINDINGS AND RECOMMENDATION<br><br>Hrg date: 3/28/2012<br>  Time: 9:30 a.m.<br>  Judge: Kevin S.C. Chang<br><br>Trial Date: Not Assigned |

## FINDINGS AND RECOMMENDATION

On March 28, 2012, this Court heard Plaintiff's Motion for Default Judgment, filed March 7, 2012. Dan S. Ikehara, Esq., appeared by telephone on behalf of Plaintiff G&G Closed Circuit Events, LLC. No other appearances were made. The Court, having reviewed and considered the Motion, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Default Judgment, oral argument presented by counsel, and the record herein, and being fully advised in the premises and for good cause appearing, finds and recommends as follows:

    1.    The Clerk's Entry of Default against Defendant Mal Ye Kim, individually and d/b/a Martini Zoo was entered on November 18, 2011.

2. There was no appearance, no objection and no opposition by Defendant to Plaintiff's Motion for Default Judgment against Defendant Mal Ye Kim, individually and d/b/a Martini Zoo.

3. Based upon Plaintiff's exhibits, affidavits, declaration and memorandum, the Court awards to Plaintiff **$1,800** in statutory damages, and **$5,000** in enhance damages to pursuant to 47 U.S.C. Section 605(e)(3)(c).

4. The Court also awards to Plaintiff, attorney's fees and costs in the amount of fees of $3,220.00, GET of $144.90 and costs of $446.70, for a total fees and costs of **$3,811.60,** pursuant to 47 U.S.C. Section 605(e)(3)(B)(iii).

In accordance with the foregoing, this Court FINDS and RECOMMENDS that Plaintiff's Motion for Default Judgment be GRANTED, and awards statutory damages of $6,800.00, and attorney's fees and costs of $3,811.60, for a total of **$10,611.60**, and Default Judgment shall so enter against Defendant Mal Ye Kim, individually and d/b/a Martini Zoo.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawai`i, March 30, 2012.



_____
Kevin S.C. Chang
United States Magistrate Judge