IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MAL YE KIM, individually and d/b/a MARTINI ZOO,<br><br>　　　　Defendant.<br>_____ | CIVIL NO. 11-00517 JMS/KSC |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 30, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 24, 2012.



　　　　　　　　　　　　　　/s/ J. Michael Seabright
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　United States District Judge